JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DINSMORE GRAY,<br><br>    Petitioner,<br><br>v.<br><br>KELLY SANTORO,<br><br>    Respondent. | Case No. 2:20-cv-01844-SB-SP<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is denied and dismissed with prejudice.

Date: May 11, 2023

                                    Stanley Blumenfeld, Jr.
                                  United States District Judge